**2015-1177**

IN THE
# UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

AQUA PRODUCTS, INCORPORATED,

*Patent Owner-Appellant,*

v.

ZODIAC POOL SYSTEMS, INCORPORATED,

*Petitioner-Appellee.*

**Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Case IPR2013-00159**

**APPELLANT AQUA PRODUCTS INC.'S MOTION TO WITHDRAW MICHAEL A. MORIN AS COUNSEL**

Appellant Aqua Products, Inc. ("Aqua") respectfully moves this Court for an order withdrawing Michael A. Morin as counsel for Aqua in the above-identified appeal. Mr. Morin has left the firm of Finnegan, Henderson, Farabow, Garrett and Dunner, LLP and is now with Latham & Watkins, LLP. He no longer represents Aqua in this or any other matter. Accordingly, Aqua requests that Mr. Morin's name be removed as counsel for Aqua. Mr. Morin has consented to the filing of this motion.

Aqua will be filing today a notice of appearance identifying a new lead counsel for this appeal.

        Respectfully submitted,

        /s/  Timothy P. McAnulty
        Timothy P. McAnulty
        FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, L.L.P.
        901 New York Ave., NW
        Washington, D.C.  20005-4413
        (202) 408-4000

        *Attorneys for Patent Owner-Appellant*
        *Aqua Products, Inc.*

March 6, 2015

# CERTIFICATE OF INTEREST

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*AQUA PRODUCTS, INC. V. ZODIAC POOL SYSTEMS, INC.*,

No. 2015-1177

Counsel for Appellant Aqua Products, Inc.:

1. The full name of every party or amicus represented by me is:

    Aqua Products, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Fluidra, S.A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Fluidra, S.A.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Michael A. Morin
    Timothy P. McAnulty
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    Telephone: (202) 408-4000


    Jeffrey A. Schwab
    Anthony A. Coppola

Richard Crisona
Abelman, Frayne & Schwab
666 Third Avenue
New York, New York 10017
Telephone: 212-949-9022

                              Respectfully submitted,

Date: March 6, 2015           /s/ Timothy P. McAnulty
                                     Timothy P. McAnulty
                                     FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, LLP
                                   901 New York Avenue, N.W.
                                   Washington, DC 20001
                                   (202) 408-4493
                                   Fax: (202) 408-4400

                                   Attorney for Appellant
                                   Aqua Products, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing APPELLANT AQUA PRODUCTS INC.'S MOTION TO WITHDRAW MICHAEL A. MORIN AS COUNSEL were served upon registered counsel by operation of the Court's CM/ECF system on this 6th day of March, 2015.

*Counsel for Zodiac Pool Systems, Inc.*

Christopher D. Bright
Daniel R. Foster
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
cbright@mwe.com
dfoster@mwe.com


/s/ / Timothy P. McAnulty